PAUL A. CELELLA, as Administrator of the Estate of PAUL C. CELELLA, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.—

Concur — Capozzoli, J. P., McGivern, Kupferman, Steuer and Tilzer, JJ.